UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

VISHAL SAINI,

                Petitioner,          **ORDER TO SHOW CAUSE**
                                                                         26-CV-607 (EK)

        -against-

RAUL MALDONADO, WARDEN, BROOKLYN
METROPOLITAN DETENTION CENTER et al.,

                Respondents.

-------------------------------------x
ERIC KOMITEE, United States District Judge:

        Vishal Saini petitions for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. He asserts that he is being wrongfully detained by Respondents pursuant to 8 U.S.C. § 1225(b)(2)(A) and, accordingly, has been denied the bond determination to which he is entitled under 8 U.S.C. § 1226(a). *See* Pet. ¶¶ 2, 18, ECF No. 1. On February 2, he moved for (1) an order requiring Respondents to show cause within three days why the petition should not be granted; and (2) an order prohibiting Respondents from transferring Petitioner out of the jurisdiction while his petition remains pending. ECF No. 3. For the reasons set forth below, Petitioner's motion is granted, except as to the requirement that Respondents reply within three days. *See generally In re Habeas Corpus Cases*, 216 F.R.D. 52 (E.D.N.Y. 2003).

By 5:00 p.m. on February 11, Respondents are ordered to show cause why the petition should not be granted for substantially the same reasons articulated in the Court's November 18, 2025 order in *Sarmiento Guerrero v. Noem*, --- F. Supp. 3d --- (E.D.N.Y. 2025). Petitioner should serve his reply, if any, by 5:00 p.m. on February 13.

To preserve the Court's jurisdiction pending final disposition of the petition, Respondents are enjoined from moving Saini outside the jurisdiction of this Court or the United States. *Ozturk v. Hyde*, 136 F.4th 382, 394-95 (2d Cir. 2025) (court may issue order under All Writs Act, 28 U.S.C. § 1651, to "protect its proceedings"); *see also, e.g.*, *G.F.F. v. Trump*, No. 25-CV-2886, 2025 WL 1063414, at *1 (S.D.N.Y. Apr. 8, 2025) ("[T]o preserve the Court's jurisdiction, Petitioners shall neither be removed from the United States, nor transferred out of this District, unless and until the Court orders otherwise."); TRO Order, *Gonzales Lopez v. Trump*, No. 25-CV-863 (D. Vt. Nov. 1, 2025), ECF No. 3 (same).

The Court respectfully requests that Clerk of Court provide a courtesy copy of this Order to the Chief of the Civil Division of the United States Attorney's Office for the Eastern District of New York by electronic mail.

SO ORDERED.

```
                                        /s/ Eric Komitee
                                        ERIC KOMITEE
                                        United States District Judge


Dated:     February 4, 2026
           Brooklyn, New York
```