UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

VISHAL SAINI,

                Petitioner,           **ORDER**
                                                         26-CV-607 (EK)

          -against-

RAUL MALDONADO, WARDEN, BROOKLYN
METROPOLITAN DETENTION CENTER et al.,

                Respondents.

-------------------------------------x
ERIC KOMITEE, United States District Judge:

        Vishal Saini petitions for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  He alleges that he is being held pending removal without having been provided a bond hearing.  Saini's petition is conditionally granted, for substantially the same reasons articulated in the Court's November 18, 2025 order in *Sarmiento Guerrero v. Noem*, --- F. Supp. 3d --- (E.D.N.Y. 2025), as Respondents have not, on this Court's reading, persuasively distinguished that case or cited binding authority to the contrary.  Respondents are directed, on or before February 20, 2026, either to afford Saini a bond hearing that complies with federal laws and regulations or to release him. *See Guartazaca Sumba v. Crowley*, No. 25-CV-13034, 2025 WL 3126512, at *5 (N.D. Ill. Nov. 9, 2025).

The parties are directed to file a status report on or before February 23 that addresses Saini's release status in accordance with the foregoing.

SO ORDERED.

                                                    /s/ Eric Komitee
                                                  ERIC KOMITEE
                                                  United States District Judge

Dated:    February 13, 2026
             Brooklyn, New York